COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 6, 2015
 No. 10-15-00241-CV
 IN THE INTEREST OF L.S., E.S., AND I.O., CHILDREN
 
 
 From the 85th District Court
 Brazos County, Texas
 Trial Court No. 14-001789-CV-85
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
It is further ordered that, the Texas Department of Family and Protective Services, is awarded judgment against Crystal O'Banion for the Texas Department of Family and Protective Services's appellate costs that were paid, if any, by the Texas Department of Family and Protective Services; and all unpaid appellate court cost, if any, is taxed against Crystal O'Banion.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk